```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


CARLOS BORGES, individually and on )
On behalf of all others similarly  )
Situated,                          )
                Plaintiff,         )
                                   )
                V.                 )  Civil Action
                                   )  No. 3:20-cv-30132-MGM
THE DUDE ABIDES, LLC, d/b/a        )
LENSPROTOGO,                       )
                Defendant.         )
```

## ORDER OF DISMISSAL

August 18, 2021

**MASTROIANNI, U.S. D.J.**

    Pursuant to the court's memorandum and order of this date granting the defendant's motion to dismiss, it is hereby ordered that this case be closed.

    It is so ordered.

                                          /s/ Mark G. Mastroianni
                                         U.S. District Court Judge