## UNITED STATES DISTRICT COURT
### District of Massachusetts

CARLOS BORGES,
        Plaintiff,

v.

THE DUDE ABIDES, LLC,
dba "Lensprotogo,"
        Defendant.

)
)
)
)
)
)
)
)
)
)

C.A. No. 20-cv-30132-MGM

<u>JUDGMENT</u>

☐ **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accord with the court's Memorandum and Order entered on August 18, 2021, regarding Defendant's Motion to Dismiss, JUDGMENT of dismissal is hereby entered for Defendant.

<u>September 22, 2021</u>
Date

<u>  Robert M. Farrell                  </u>
Clerk

By:   <u> /s/ Bethaney A. Healy          </u>
           Deputy Clerk